**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**KAREN JOHNSON**                                                             **PLAINTIFF**

**VS.**                          **4:04CV01135-WRW**

**JO ANNE B. BARNHART, Commissioner,**
**Social Security Administration**                                     **DEFENDANT**

**JUDGMENT**

Based on an order entered this date, this case is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED this 21st day of December, 2005.

                                                    /s/ Wm. R.Wilson,Jr.
                                    UNITED STATES DISTRICT JUDGE